# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| Wayne Gullatte | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff | ) | 1:24-cv-00143-MR-WCM |
| | ) | |
| vs. | ) | |
| | ) | |
| City of Asheville**, et al.** | ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's August 9, 2024 Order.

August 9, 2024

_____
Katherine Hord Simon, Clerk
United States District Court